HONORABLE ROBERT J BRYAN

*FILED / RECEIVED / LODGED*
*AUG 23 2010*
*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF WASHINGTON AT TACOMA*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA RODGERS<br><br>Defendant. | NO. 3:10-CR-05038<br><br>ORDER APPOINTING CJA COUNSEL FOR APPEAL AND PERMITTING WITHDRAWAL OF RETAINED COUNSEL<br>(Proposed) |

THIS MATTER having come before the Court on Defendant's motion to permit withdrawal of his retained counsel and for appointment of CJA counsel for appeal of his conviction herein, and the Court having reviewed the records and files herein and deeming itself fully advised in the premises, it is therefore hereby:

ORDERED that Defendant's retained counsel, Sean P. Wickens and the Law Office of Wickens Oliver, P.S., be permitted to withdraw as counsel for Defendant Joshua Rodgers.

IT IS FURTHER ORDERED that CJA counsel shall be appointed for purposes of handling Defendant Rodgers' appeal herein.

DATED this 23rd day of August, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

10-CR-05038-ORD

ORDER APPOINTING CJA FOR APPEAL    – 1 –

**Law Offices of**
**WICKENS OLIVER, P.S.**
602 S. Yakima
Tacoma, WA 98405
(253) 572-1500; Fax (253) 572-2884